**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M.W.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. **4:26-cv-00793-MWB** |
| **ATHENS AREA SCHOOL DISTRICT** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 5th day of November 2026, upon consideration of Plaintiff's Motion to Amend Case Management Order and for Leave to File an Amended Complaint to Add Additional Plaintiff, the Brief in Support, and any response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. The Case Management Order [Doc. 16] is AMENDED to extend the deadline to join additional parties and join B.M. as an additional plaintiff in this action.

2. Plaintiff is GRANTED leave to file an Amended Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge